**DISMISSED WITH PREJUDICE and Opinion Filed August 23, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00324-CV**

**LEO BIENATI, THERESA PHAM, CARLOS LACAYO AND
ANDRES RUZO, Appellants**
**V.**
**CLOISTER HOLDINGS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17448**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Carlyle

Before the court is appellants' unopposed motion to dismiss the appeal.

Appellants state they no longer desire to continue their appeal. We grant the motion

and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

220324F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LEO BIENATI, THERESA PHAM, CARLOS LACAYO AND ANDRES RUZO, Appellants

No. 05-22-00324-CV          V.

CLOISTER HOLDINGS, LLC, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-17448. Opinion delivered by Justice Carlyle. Justices Goldstein and Kennedy participating.

In accordance with this court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of August 2024.